UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ X
In the Matter of

WBAI, as an Affiliate of the Pacifica Network, by CAROLYN McGUIRE, Chairwoman of the WBAI Local Board;
HARVEY EPSTEIN, as a Contributor Member of the Pacifica Foundation and WBAI;
ARTHUR SCHWARTZ, as a Producer Member of the Pacifica Foundation and WBAI;
MIMI ROSENBERG, as a Producer Member of the Pacifica Foundation and WBAI;
JAMES SAGURTON, Member of the Board of Directors of the Pacifica Foundation; and
ALEX STEINBERG, Member of the Board of Directors of the Pacifica Foundation,

19 Civ. 9387 (PAE)

**ORDER TO SHOW CAUSE**

Petitioners,

For an Order Pursuant to Article 78 of the Civil Practice Law and Rules and Section 1315 of the Not for Profit Corporation Law to compel Respondent to restore the status quo,

-against-

PACIFICA FOUNDATION,

Respondent.
------------------------------------------------------------------------------ X

Upon the Notice of Removal, the First Amended Verified Petition, and the Declaration of Arthur Z. Schwartz, dated October 16, 2019, Respondent is hereby

ORDERED TO SHOW CAUSE, before this Court, at the United States District Court, 40 Foley Square, New York, New York on the _____ day of October 2019, at _____, why this Court should not enter an order pursuant 28 USC 1447, remanding this matter to the Supreme Court of the State of New York, with costs and expenses; and it is further

ORDERED that Respondent shall file papers in response to the Motion to Remand no later than October ___, 2019 at _____.

_____
US District Judge